JS-6

Peter J. Ferguson, SBN 108297
Diana L. Field, SBN 132435
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300
(714) 953-1143 Fax
email: Peterferg@aol.com

Attorneys for Defendants, City of Chino, Chino Police Department, Stan Stewart, Nick Mutrux, Ted Olden, and Mike Girasek

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAUKUEN LIN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF CHINO; CHINO POLICE DEPARTMENT; STAN STEWART; NICK MUTRUX; TED OLDEN; MIKE GIRASEK; and DOES 1 though 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 09 6911 GAF (JEMx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

1 **IT IS SO ORDERED:**

2     1.    Plaintiff, Yaukuen Lin dismisses with prejudice the entire action.

3     2.    The parties agree to a mutual waiver of costs, including attorneys fees.

5 Date: March 21, 2011

                                      Honorable Gary A. Feess
                                      United States District Judge